UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------X
In Re:

Chapter 7

THOMPSON RIDGE GARDENS, INC.                    Case No.: 05-55031(CGM)

Debtor

-----------------------------------------------------X
TO THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY JUDGE

TRANSMITTAL OF UNCLAIMED FUNDS

MICHAEL O'LEARY, Trustee of this estate reports the following:

1.      Ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case. Your Trustee has voided/stopped payment on all checks remaining unpaid. The name of the person to whom such unnegotiated distribution check was issued, the amount of such check, and their last known addresses are:

| 240 | Purglo Candle Company, 800 Moen Avenue, #9, Rockdale, IL 60436 | $0.23 |
| 242 | Gillette Creamery, 23 Lincoln Street, PO Box 347, Ellenville, NY 12428 | $0.21 |
| 244 | Trinity Pottery, Inc., 1824 Macauley Avenue, Rice Lake, WI 54868 | $0.84 |
| 245 | Bamboo Accents, 40 Longwood Drive, San Rafael, CA 94901 | $0.08 |
| 248 | Consolidated Plastics Co., Inc, 8181 Darrow Road, Twinsburg, OH 44087-2375 | $0.62 |
| 249 | J.R. Frazier & Sons, Inc., 790 Southside Drive, Oneonta, NY 13820 | $6.57 |
| 250 | People Places & Plant Magazine, 60 Pineland Dr – Bldg 3, New Gloucester, ME 04260 | $0.05 |
| 251 | Epic Plant Company, 1006 East & West Line, Niagara on the Lake, Ontario, Cananda L0S 1J0 | $2.96 |
| 254 | Master Nursery Garden Center, PO Box 13679, Newark, NJ 07188 | $90.65 |
| 260 | Leisure Time Ice, PO Box 168, Kiamesha Lake, NY 12751-0168 | $0.22 |

| 261 | Hillcrest Garden, Levitan & Frieland, PC, 26 Columbia Turnpike, Florhan Park, NJ 07932-2213 | $3.14 |
|-----|---|---|

2.     Your Trustee's checks for a total of $105.57, payable to the Clerk of the Court, is attached to this report and list.

3.     Nothing further remains to be done in this case.

Dated:  September 6, 2011
          Middletown, New York

 /s/ Michael O'Leary
MICHAEL O'LEARY, TRUSTEE